# United States District Court
## Northern District of Illinois
### Eastern Division

STEPHEN C. CAPRANICA        **JUDGMENT IN A CIVIL CASE**

     v.                Case Number: 07 C 1991

JAMES HARDIE BUILDING

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed for want of prosecution.

                                           Michael W. Dobbins, Clerk of Court

Date: 9/17/2007                       _____

                                           /s/ Jacquelyn H. Collier, Deputy Clerk